

**MUNSCH HARDT KOPF & HARR** PC

ATTORNEYS & COUNSELORS

DALLAS | HOUSTON | AUSTIN

Frost Bank Tower
401 Congress Avenue
Suite 3050
Austin, Texas 78701-4071
Main 512.391.6100
Fax 512.391.6149
munsch.com

Direct Dial 512.391.6114
Direct Fax 512.391.6149
dmodgling@munsch.com

February 9, 2015

**FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS**

**FEB 1 0 2015**

CHRISTOPHER A. PRINE

CLERK

***Via Overnight Delivery***
Christopher Pine, Clerk of Court
First Court of Appeals
301 Fannin, Room 208
Houston, Texas 77002-2066

Re:     **Court of Appeals No. 01-14-00904-CV**
           **Trial Court No. 2008-74262**

*Gramercy Advisors, LLC et al v. R. K. Lowry, Jr., et al*; In the First Court of Appeals, Houston, Texas.

Dear Clerk:

Enclosed please find the borrowed CD of the sealed clerk's record in the above-referenced matter.

Thank you.

Best regards,

MUNSCH HARDT KOPF & HARR, P.C.

By: Denee' Modgling
Executive Legal Secretary

:dem
Enclosure